# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

**Civil Action No.: 13-cv-00190-RM-MEH**

GONDOLA PLAZA PARKING CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

       Plaintiff,

v.

NORM MCLEAN, and
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

The Court, having reviewed the Stipulated Motion To Dismiss With Prejudice (ECF No. 24) and being fully advised, hereby ORDERS as follows:

1. The parties' Motion to Dismiss is GRANTED;
2. The above-captioned matter is DISMISSED WITH PREJUDICE; and
3. Each party shall bear its own costs and attorneys' fees.

Dated this 13th day of August, 2013.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge